Submitted November 8, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1127

Commonwealth v. Jackson, Appellant.

Submitted June 22, 1976. Benjamin Lerner, Defender, for appellant; F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1128

Commonwealth v. Jackson, Appellant.

Submitted February 9, 1976.

Order affirmed.

373 A.2d 1128

Commonwealth v. Johnson, Appellant.

Basil G. Russin, Assistant Public Defender, for appellant; William J. Perrone, First Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1128

Commonwealth v. Johnson, Appellant.

Submitted September 22, 1976. Reginald L. Sydnor, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.